

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2021

No. 04-19-00301-CV

Armando **MONTELONGO**, Jr., Real Estate Training International, LLC, Performance Advantage Group, Inc., and License Branding, LLC,
Appellants

v.

Cecil G. **ABREA**, et al.,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-13094
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

The current deadline for appellants' reply brief is September 27, 2021. On September 21, 2021, appellants filed an unopposed motion requesting an extension of that deadline until October 11, 2021. After consideration, we **GRANT** appellants' motion and **ORDER** them to file their reply brief by October 11, 2021.

It is so **ORDERED** on September 23, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court